# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130051

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 130051
COA: 263964
Genesee CC: 99-004490-FC

ANDRE STURGESS,
a/k/a ANDREA STURGESS,
a/k/a ONDRE STURGESS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 28, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal to consider adoption of a prison mailbox rule in Michigan.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

s0424